SOLOMON ALBERT et al., Respondents, *v.* GLOBE AND RUTGERS FIRE INSURANCE COMPANY et al., Appellants.

(Argued October 26, 1933; decided November 21, 1933.)

*Leo Levy, Joseph J. Mack* and *Ruth I. Wilson* for appellants.

*David Goldstein* and *Thomas G. Frost* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.